IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:11-cv-00052 |
| | § § | |
| MOUNT VERNON MILLS, INC., | § § | |
| Defendant. | § § | |

## FINAL JUDGMENT AND ORDER ENTERING CONSENT DECREE

On this day came on to be heard the parties' Joint Motion to Enter Consent Decree. After reviewing the Consent Decree, the Court finds that all issues in the Complaint have been resolved, that the parties are in agreement, and that the Consent Decree should be entered.

It is therefore ordered that the Consent Decree is hereby entered. The Court shall retain jurisdiction of this case during the term of this Consent Decree to enforce compliance and to take any action necessary and/or appropriate for its interpretation, execution, modification and/or adjudication of disputes.

It is so ORDERED.

SIGNED this 27th day of September, 2012

_____
HONORABLE GREGG COSTA
UNITED STATES DISTRICT JUDGE